■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RUBEN WARREN, Appellant.—Appeal by the defendant from a judgment of the County Court, Westchester County (Facelle, J.), rendered August 15, 1988.

Ordered that the judgment is affirmed (see, People v Pellegrino, 60 NY2d 636; People v Harris, 61 NY2d 9; People v Kazepis, 101 AD2d 816; People v Baldi, 54 NY2d 137). Mangano, P. J., Sullivan, O'Brien, Ritter and Pizzuto, JJ., concur.